IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **1SOURCEAUTOWARRANTY.COM, INC., and FIRST ASSURED AUTO WARRANTY CORPORATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**JOHN GARAMENDI, Insurance Commissioner of the State of California, and the DEPARTMENT OF INSURANCE,**<br><br>Defendants. | C 05-4123 PJH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[~~Proposed~~] |

Pursuant to the parties' Stipulation to Continue Case Management Conference, and good cause appearing,

IT IS ORDERED that the Case Management Conference currently scheduled for April 13, 2006, is continued to July 27, 2006, at 2:30 p.m.

Phyllis J. Hamilton
District C

IT IS SO ORDERED

Judge Phyllis J. Hamilton