# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ISOURCEAUTOWARRANTY.COM,
INC., et al.,

       Plaintiff(s),

   v.

JOHN GARAMENDI, et al.,

       Defendant(s).
_____/

No. C 05-4123 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of the parties and in view of the bankruptcy filing of plaintiff, the Case Management Conference scheduled for July 27, 2006 is continued to November 30, 2006, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

A joint case management statement shall be filed seven days before the conference.

**SO ORDERED.**

Dated: July 24, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1