UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISOURCEAUTOWARRANTY.COM,
INC., et al.,

    Plaintiffs,

  v.

JOHN GARAMENDI, et al.,

    Defendants.
_____/

No. C 05-4123 PJH

**ORDER RE BANKRUPTCY STAY**

It appearing from the Notice of Bankruptcy and Automatic Stay filed on July 20, 2006, that defendant First Assured Warranty Corporation, d/b/a 1SourceAutoWarranty.com, d/b/a Assured Warranty Corporation, d/b/a First Warranty Corporation has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:  November 29, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge